## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
Ft Lauderdale Division

In re:

Darshan Singh

           Debtor

_____/

Chapter 13
Case No.: 13-24044-BKC-RBR

**DEBTOR'S MOTION TO MODIFY PLAN**

COMES NOW THE DEBTOR, by and through the undersigned attorney and states as follows:

1. The debtor filed for Chapter 13 protection on June 13, 2013, wherein the Fourth Amended Plan is the standing Plan pursuant to confirmation order dated January 7, 2014.

2. That the Fourth Amended Plan contained provision for first mortgagee JPMorgan Chase Bank as a participant in the LMM program.

3. That the mortgage modification of the JPMorgan Chase Bank claim was denied and the debtor has no alternative other than to modify his Plan to remove the provisions to creditor JPMorgan Chase Bank and surrender his interest in the real property securing the claim. (Proposed Modified Plan attached hereto as Exhibit A.)

4. The Modification of the Plan meets the requirements as set forth in 11 U.S.C. §1329 of the Bankruptcy Code.

WHEREFORE, the Debtor respectfully requests that this Honorable Court will allow the modification of the Chapter 13 Plan.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(1)

Law Office of Manny Singh, PA
Attorney for Debtor
6610 N University Drive, Suite 220
Ft. Lauderdale, FL 33321
(954) 722-1300

By:  */s/ Manny Singh*
      Manny Singh, Esq
      Florida Bar No. 480800

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>  www.flsb.uscourts.gov
FIRST MODIFIED PLAN (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Darshan Singh                                        CASE NO.: 13-24044-BKC-RBR
Last Four Digits of SS#2924

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning July 13, 2013, Debtor to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 241.74 for months <u>1</u> to 10, total paid in $2,417.42;
  B.   $  58.20 for months 11 (5/14) to 60 in order to pay the following creditors:

<u>Administrative</u>:   Attorney's Fee $3,500.00;  M2Value RP: $750.00;  LMM Fee: $1,800.00; M2Mod $500.00
                Total Fee: $6,550.00        Total Paid: $4,000.00
                Balance Due: $2,550.00      Payable $45.46/month         (Month 1 to 10)
                                            Payable $41.91/month         (Month 11 to 60)

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPMorgan Chase Bank           Arrearage on Petition Date: N/A
   1111 Polaris Pkwy             Arrears Payment: N/A
   Columbus, OH 43240            LMM Payment: $184.22/month          (Month 1 to 10)
   Acct #4937

Debtor surrenders his interest in collateral real property located at 360 N Fig Tree Lane in Plantation, Florida, securing the claims of, but not limited to:
   JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 (Acct # 4937)
   Fay Servicing, POB 220720, Chicago, IL 60622 (Acct #1828)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507] N/A

<u>Unsecured Creditors</u>:  Pay $11.00/month   (Month 11 to 60)

Pro rata dividend to be determined by the trustee upon review of claims filed after bar date

Other Provisions Not Included Above:

  <u> /s/   Manny Singh                 </u>
Manny Singh, Esq
as attorney for and on behalf of the debtor
with the debtor's knowledge and consent          Dated:  April 29, 2014

                                                                    EXHIBIT A